# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139132

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                         SC: 139132
                                         COA:  291364
                                         Kent CC: 08-009379-FH

CHRISTOPHER EUGENE CUMMINGS II,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 4, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009                  _____

p0921                                        Clerk